**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                       :
STRIKE 3 HOLDINGS, LLC,                                 :
                                                       :          Case No. 1:23-cv-01473-AKH-
                                          Plaintiff,    :                    GWG
                                                       :
                                 vs.                    :
                                                       :
JOHN DOE subscriber assigned IP address                :
68.237.46.106,                                          :
                                                       :
                                        Defendant.     :
---------------------------------------------------------------X

**ORDER ON**
**MOTION FOR ORDER AUTHORIZING VERIZON TO COMPLY WITH SUBPOENA**

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Order Authorizing

Verizon to Comply with Subpoena (the "Motion"), and the Court being duly advised in the

premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1.    Plaintiff's Motion is GRANTED. Verizon shall produce the subpoenaed

information to Plaintiff.

**DONE AND ORDERED** this  8  day of _____June_____, 2023 .

                                    By: _____
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **GABRIEL W. GORENSTEIN**

1